IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEITH CHAN,

        Plaintiff,

v.

KAREN MAY BACDAYAN,
KEVIN C. MCCLANAHAN,
and RE/MAX,

        Defendants.

OPINION and ORDER

25-cv-697-jdp

---

Plaintiff Keith Chan, proceeding without counsel, attempts to bring a claim under the Racketeer Influenced and Corrupt Organizations Act (RICO) against three parties, including Re/Max, the owner of his apartment. I dismissed Chan's original complaint because it was far too vague to state a claim. Dkt. 4. I directed him to file an amended complaint and warned him that if he failed to do so I would dismiss the entire case. *Id.* Chan has not filed an amended complaint by his deadline for doing so, so I will dismiss the case.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered January 7, 2026.

        BY THE COURT:

        /s/

        _____

        JAMES D. PETERSON
        District Judge